UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    Judgment Creditor,<br>          v.<br><br>BRIANNI RODNEY,<br>                    Judgment Debtor. | 17 CR 0118-04 (KPF)<br><br>**STIPULATION AND<br>ORDER FOR VOLUNTARY<br>ASSIGNMENT OF EARNINGS** |

WHEREAS, on May 1, 2018, the United States of America obtained a judgment against the judgment debtor, BRIANNI RODNEY, in the amount of $206,057.00, for which the outstanding balance is $199,657.00, and the parties have agreed to voluntary automatic deduction of 15% per pay period from BRIANNI RODNEY's gross compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that BRIANNI RODNEY's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 15% of BRIANNI RODNEY's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for 17 CR 0118-04.

Dated:  June 26, 2024
        New York, New York

| | |
|---|---|
| _____<br>BRIANNI RODNEY<br>*Judgment Debtor* | DAMIAN WILLIAMS<br>United States Attorney<br><br>_____<br>MELISSA A. CHILDS<br>Assistant United States Attorney<br>86 Chambers Street<br>New York, New York 10007<br>Telephone No.: (212) 637-2711 |

Dated: July 11, 2024
      New York, New York

SO ORDERED:

_____
HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE